**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 16-1132**

———————————

ROSA DEL CARMEN AREVALO DE ARRIOLA,

                    Petitioner,

        v.

LORETTA E. LYNCH, Attorney General,

                    Respondent.

———————————

On Petition for Review of an Order of the Board of Immigration
Appeals.

———————————

Submitted:  September 20, 2016        Decided:  December 2, 2016

———————————

Before TRAXLER and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Arnedo S. Valera, LAW OFFICES OF VALERA & ASSOCIATES, Fairfax,
Virginia, for Petitioner.  Benjamin C. Mizer, Principal Deputy
Assistant Attorney General, Paul Fiorino, Senior Litigation
Counsel, Jenny C. Lee, Office of Immigration Litigation, UNITED
STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rosa del Carmen Arevalo de Arriola, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing her appeal from the immigration judge's denial of her requests for withholding of removal and protection under the Convention Against Torture. We have thoroughly reviewed the record, including the transcript of Arevalo de Arriola's merits hearing and all supporting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the administrative factual findings, see 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision. See Gomis v. Holder, 571 F.3d 353, 359 (4th Cir. 2009).

Accordingly, we deny the petition for review for the reasons stated by the Board. In re Arevalo de Arriola (B.I.A. Jan. 11, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED